IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-00281-CMA-KMT

CARTENOUS TURNER

Plaintiff,

v.

MARIO DIAZ,
JUSTIN PREEDY,
JACOB ALFONSO,
DAVID KIEFER,
ANTHONY GARCIA-SERNA,
BRIAN SMITH, and
LISA ATTEBERRY,

Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF AND REQUEST FOR 30-DAY EXTENSION OF ALL DEADLINES**

---

Undersigned counsel, for the Civil Rights Litigation Group, PLLC, hereby moves to withdraw from the case as representative for the Plaintiff, Cartenous Turner, and seeks a 30-day extension of all current case deadlines. In support, counsel states as follows:

## I. CERTIFICATION

Undersigned counsel has conferred with counsel for the county defendants, pursuant to D.C.COLO.LCiv.R 7.1.A. Defendants do not oppose counsel's request to withdraw or a 30-day extension of all case deadlines.

1. Counsel and Mr. Turner have irreconcilable differences that are likely to materially hinder or impair effective litigation in the case.

2. Mr. Turner is expected to seek new counsel. As a result, it would be appropriate to permit Mr. Turner a 30-day extension of all deadlines so that he may find and secure alternative counsel before proceeding with the case.

3. The parties are at an early stage of the litigation, since the Court has just recently formally resolved the motion(s) to dismiss. The Court has not yet held a Scheduling Conference or instituted discovery deadlines. As a result, withdraw can be accomplished without material adverse effect on the interests of Mr. Turner

4. Mr. Turner has been advised about the status of the case, the recent orders on defendants' motions to dismiss, and the deadline to submit a Proposed Scheduling Order by April 5, 2021. While undersigned counsel has conferred with counsel for the county defendants about much of the material to be included in the Proposed Scheduling Order, it would be more appropriate for Mr. Turner and/or his new counsel to be involved before final deadlines are established.

5. Mr. Turner has been provided an electronic copy of his case file, contact information for the Court and counsel for the defendants. Defense counsel has also been provided a copy of Mr. Turner's contact information.

6. Mr. Turner will correspondingly be provided a copy of this motion and/or any order that follows.

7. **<u>Advisements to client (Mr. Turner):</u>**

I. The client has the burden of keeping the court and the other parties informed where notices, pleadings or other papers may be served.

II. Client has a responsibility to follow all Court rules, orders and deadlines. If the client fails or refuses to comply, the client may suffer possible dismissal, default or other sanctions.

III. The dates of any proceedings, will not be delayed nor proceedings affected by the withdrawal of counsel.

**Wherefore**, for the foregoing reasons, Plaintiff respectfully requests that the Court GRANT the motion and permit all attorneys from the Civil Rights Litigation Group to withdraw and extend all court deadlines, including the deadline to submit the Proposed Scheduling Order, 30 days.

Respectfully submitted this 1st day of April, 2021.

Civil Rights Litigation Group, PLLC

***s/ Raymond K. Bryant***

Raymond K. Bryant, Esq.
Civil Rights Litigation Group, PLLC
1543 Champa St., Ste. 400
Denver, CO 80202
P: 720-515-6165
F: 303-534-1949
Rachel@rightslitigation.com
Raymond@rightslitigation.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2021, a true and correct copy of the foregoing **COMBINED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS** was served using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Gordon L. Vaughan
VAUGHAN & DeMURO

111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
Email: gvaughan@vaughandemuro.com
*Attorney for City Defendants*

Matthew Hegarty
HALL & EVANS, LLC
1001 17th Street, Suite 300
Denver, CO 80202
(303) 628-3300 (phone)
(303) 628-3368 (fax)
Email: hegartym@hallevans.com
*Attorney for County Defendants*

***s/ Raymond K. Bryant***